JOHN M. NEWMAN
Assistant U.S. Attorney
U.S. Attorney's Office
P.O. Box 8329
Missoula, MT 59807
105 E. Pine, 2nd Floor
Missoula, MT 59802
Phone: (406) 829-3336
FAX: (406) 542-1476
Email: john.newman@usdoj.gov

ATTORNEY FOR DEFENDANT
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| BRANDY AZURE,<br><br>    Plaintiff,<br>  vs.<br><br>UNITED STATES OF AMERICA, JARED STANDING, and ROOSEVELT COUNTY,<br><br>    Defendants. | CV 21-112-GF-BMM<br><br><br>DEFENDANT UNITED STATES' MOTION TO DISMISS |

  Pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6), Defendant United States of America moves to dismiss this case for lack of subject-matter jurisdiction and failure to state a claim.  Plaintiff opposes the motion, which is accompanied by a supporting brief.

DATED this 11th day of February, 2022.

                                          LEIF M. JOHNSON
                                          United States Attorney

                                          /s/ John M. Newman
                                          Assistant U.S. Attorney
                                          Attorney for Defendant USA

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 11th day of February, 2022, a copy of the foregoing document was served on the following person by the following means.

<u> 1–3 </u>  CM/ECF
<u>     </u>  Hand Delivery
<u>     </u>  U.S. Mail
<u>     </u>  Overnight Delivery Service
<u>     </u>  Fax
<u>     </u>  E-Mail

| | |
|---|---|
| 1.  Clerk of Court | 2.  Timothy M. Bechtold<br>BECHTOLD LAW FIRM, PLLC<br>317 East Spruce Street<br>P.O. Box 7051<br>Missoula, Montana 59807-7051<br>(406) 721-1435 – phone<br>tim@bechtoldlaw.net<br>Attorney for Plaintiff |

3.  Harlan B. Krogh
Haley Ford
Crist, Krogh, Alke & Nord, PLLC
2708 1st Avenue North, Suite 300
Billings, MT 59101
Telephone: (406) 255-0400
Facsimile: (406) 255-0697
hkrogh@cristlaw.com
hford@cristlaw.com
*Attorneys for Defendants*
*Jared Standing and Roosevelt County*

/s/ John M. Newman
Assistant U.S. Attorney
Attorney for Defendant USA

3