IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| BRANDY AZURE,<br><br>  Plaintiff,<br>v.<br><br>UNITED STATES OF AMERICA, JARED STANDING, and ROOSEVELT COUNTY,<br><br>  Defendants. | CV-21-112-GF-BMM<br><br>**ORDER GRANTING DEFENDANTS ROOSEVELT COUNTY'S AND JARED STANDING'S UNOPPOSED MOTION TO APPEAR BY ZOOM CONFERENCING** |

Upon consideration of Defendants Roosevelt County's and Jared Standing's Unopposed Motion to Appear by Zoom Conferencing at the hearing scheduled for 10:00 a.m. on Thursday, March 10, 2022, and good cause appearing,

IT IS HEREBY ORDERED that the Defendants' Motion is granted. Counsel for Roosevelt County and Jared Standing may appear at the Hearing via Zoom conferencing. Counsel will contact the Clerk of Court for the Zoom link.

DATED this 9th day of March, 2022.

_____
Brian Morris, Chief District Judge
United States District Court