IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| **BRANDY AZURE,**<br><br>                              **Plaintiff,**<br><br>vs.<br><br>**UNITED STATES OF AMERICA, JARED STANDING, JOHN COOK, and ROOSEVELT COUNTY, and DOES 1-10,**<br><br>                              **Defendants.** | CV 21-112-GF-BMM<br><br>ORDER |

Plaintiff Brandy Azure moves the Court to appear via videoconferencing at the hearing on the pending Motion to Dismiss in this matter at 10:00 am on March 10, 2022. No party opposes the motion. Wherefore IT IS HEREBY ORDERED the Motion is GRANTED.  Counsel will contact the Clerk of Court for the Zoom link.

DATED this 9th day of March, 2022.

_____
Brian Morris, Chief District Judge
United States District Court