IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| BRANDY AZURE,<br><br>  Plaintiff,<br>vs.<br><br>UNITED STATES OF AMERICA,<br>JARED STANDING, JOHN COOK,<br>ROOSEVELT COUNTY, and DOES 1-10.<br><br>  Defendants. | CV 21-112-GF-BMM<br><br><br>ORDER |
| ROOSEVELT COUNTY,<br><br>  Cross-Claimant,<br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>  Cross Defendant. | |

The parties having filed a stipulation of dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and good cause appearing,

IT IS ORDERED that this case is DISMISSED WITH PREJUDICE in its entirety, each party to bear its own costs and fees, if any. The Clerk of Court is directed to CLOSE the case.

DATED this 24th day of October, 2022.

_____
Brian Morris, Chief District Judge
United States District Court